# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 02/17/2022 |
| Case: 22–40055–JMM | Form ID: 309A | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5240315    Idaho Central Cr Un

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Douglas Paul Shirey | 3475 S. Round Mountain Lane | Malta, ID 83342 | | |
| jdb | Tiffany Mae Shirey | 3475 S. Round Mountain Lane | Malta, ID 83342 | | |
| ust | US Trustee | Washington Group Central Plaza | 720 Park Blvd, Ste 220 | Boise, ID 83712 | |
| tr | Patrick John Geile | PO Box 925 | Meridian, ID 83680 | | |
| aty | Michael A Wilder | Avery Law | 3090 E. Gentry Way, STE 150 | Meridian, ID 83642 | |
| 5240313 | Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 | |
| 5240314 | Costco Anywhere Visa Card | Attn: Bankruptcy | Po Box 6500 | Sioux Falls, SD 57117 | |
| 5240316 | Northwest FCS, PCA | 1408 Pomerelle Avenue | Burley, ID 83318 | | |
| 5240317 | Sync/Amazon | PO Box 960013 | Orlando, FL 32896–0013 | | |
| 5240318 | Verizon Wireless | Attn: Bankruptcy Department | 500 Technology Drive STE 550 | Saint Charles, MO 63304 | |

TOTAL: 10