Certificate Number: 13861-ID-CC-036217140



13861-ID-CC-036217140

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 21, 2021</u>, at <u>12:08</u> o'clock <u>PM PST</u>, <u>Douglas P Shirey</u> received from <u>Evergreen Financial Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Idaho</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 21, 2021</u>     By: <u>/s/Rebecca K Snyder</u>

Name: <u>Rebecca K Snyder</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 13861-ID-CC-036217141



13861-ID-CC-036217141

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 21, 2021</u>, at <u>12:08</u> o'clock <u>PM PST</u>, <u>Tiffany M Shirey</u> received from <u>Evergreen Financial Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Idaho</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 21, 2021</u>          By:   <u>/s/Rebecca K Snyder</u>

                                    Name:  <u>Rebecca K Snyder</u>

                                    Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).