# United States Bankruptcy Court
## District of Idaho

In re: **Douglas Paul Shirey, Tiffany Mae Shirey**
Debtor(s)

Case No. _____
Chapter 7

## Joint Debtor'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Joint Debtor's name (enter full name): **Tiffany Mae Shirey**

Does Joint Debtor have a domestic support obligation: ____ yes _X_ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Joint Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $____ per ____ (i.e. month, week, etc.)

Term of support obligation: from ____ until ____.

Amount that the domestic support obligation is in arrears: $____.

Court name and jurisdiction in which order of support was issued: _____

Court Case No. ____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Tiffany Mae Shirey_    2/16/22
**Tiffany Mae Shirey**    Date
**Signature of Joint Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## District of Idaho

In re  **Douglas Paul Shirey**
**Tiffany Mae Shirey**                                                        Case No. _____

                                       Debtor(s)                              Chapter   **7**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

---

Debtor's name (enter full name): _____**Douglas Paul Shirey**_____

Does Debtor have a domestic support obligation: _____ yes __X__ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____.

---

/I declare under penalty of perjury that the foregoing is true and correct.

_[signed] Douglas Shirey_                                         2-16-22
**Douglas Paul Shirey**                                            Date
**Signature of Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571