# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 2/18/2022 |
| Case: 22−40055−JMM | Form ID: oinctx | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee        ustp.region18.bs.ecf@usdoj.gov
aty     Michael A Wilder      michael@averylaw.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Douglas Paul Shirey     3475 S. Round Mountain Lane     Malta, ID 83342
jdb     Tiffany Mae Shirey      3475 S. Round Mountain Lane     Malta, ID 83342

TOTAL: 2